**<u>NOT FOR PUBLICATION IN WEST'S HAWAI'I REPORTS AND PACIFIC REPORTER</u>**

**Electronically Filed**
**Intermediate Court of Appeals**
**CAAP-23-0000739**
**10-DEC-2024**
**08:21 AM**
**Dkt. 88 OAWST**

NO. CAAP-23-0000739


IN THE INTERMEDIATE COURT OF APPEALS

OF THE STATE OF HAWAI'I


TAMIRA L. CALLENDER, Plaintiff/Counterclaim Defendant/Appellant,
v.
BENNET M. BALDWIN, Defendant/Crossclaim Defendant/Appellee,
and
WILLIAM ROBERT FORTINI, JR., Defendant/Crossclaimant/
Counterclaimant/Appellee


APPEAL FROM THE CIRCUIT COURT OF THE SECOND CIRCUIT
(CIVIL NO. 2CC131001052)


<u>ORDER</u>
(By: Leonard, Acting Chief Judge, Wadsworth and Nakasone, JJ.)

Upon consideration of the Stipulation for Dismissal of
Appeal (**Stipulation**), filed December 4, 2024, by
Defendant/Crossclaimant/Counterclaimant/Appellee William Robert

Fortini, Jr., the papers in support, and the record, it appears that (1) the appeal has docketed; (2) the parties stipulated to dismiss the appeal with prejudice, under Hawaiʻi Rules of Appellate Procedure (**HRAP**) Rule 42(b), and have addressed attorneys' fees and costs; and (3) the stipulation is dated and signed by all parties appearing in the appeal.

Therefore, IT IS HEREBY ORDERED that the stipulation is approved and the appeal is dismissed with prejudice. The parties shall bear their own attorneys' fees and costs on appeal.

DATED: Honolulu, Hawaiʻi, December 10, 2024.

/s/ Katherine G. Leonard
Acting Chief Judge

/s/ Clyde J. Wadsworth
Associate Judge

/s/ Karen T. Nakasone
Associate Judge